No. 14,684.

COLORADO NATIONAL BANK OF DENVER *v.* BEDFORD, STATE TREASURER.

(98 P. [2d] 1120)

Decided January 8, 1940.

Messrs. BARTELS, BLOOD & BANCROFT, for plaintiff in error.

Mr. BYRON G. ROGERS, Attorney General, Mr. GEORGE K. THOMAS, Assistant, Mr. ELMER P. COGBURN, Assistant, for defendant in error.

*En Banc.*

PER CURIAM.

The issues presented in this case are in all respects identical with those raised in *Bedford, State Treasurer v. Colorado National Bank,* 104 Colo. 311 (91 P. [2d] 469), in which our holding was adverse to the contentions advanced by plaintiff in error bank. Consistently with our conclusions therein announced, the judgment here under consideration is affirmed.

MR. JUSTICE FRANCIS E. BOUCK not participating.